**FILED**

03/08/2021

Bowen Greenwood
CLERK OF THE SUPREME COURT
STATE OF MONTANA

Case Number: DA 20-0483

IN THE SUPREME COURT OF THE STATE OF MONTANA

DA 20-0483

_____

IN THE MATTER OF THE
PARENTING OF S.R.G.,

    A minor child;

LISA LARRIVEE,

        Petitioner and Appellee,

    v.

JAMES GARDNER,

        Respondent and Appellant.

O R D E R

_____

This Court reviews briefs to ensure compliance with the Montana Rules of Appellate Procedure. After reviewing Appellant's Opening Brief filed on March 8, 2021, this Court has determined that the brief does not comply with Rule 12 and must be supplemented as provided below.

Pursuant to M. R. App. P. 12(1)(i), appellants must attach an "appendix that includes the relevant judgment, order(s), findings of fact, conclusions of law, jury instructions(s), ruling(s), or decision(s) from which the appeal is taken together with any written memorandum or rationale of the court" to an opening brief. Appellant James Gardner's Opening Brief contains no such appendix. Accordingly, while the Court accepts filing of Mr. Gardner's Opening Brief, the Court requests Mr. Gardener file eight copies of an appendix including the relevant document(s) from which he appeals.

IT IS ORDERED that the Appellant file eight copies of an appendix including the relevant document(s) from which his appeal is taken within ten (10) days of the date of this Order with the Clerk of this Court.

The Clerk is directed to provide a true copy of this Order to the Appellant and to all parties of record.

Electronically signed by:
Dirk Sandefur
Justice, Montana Supreme Court
March 8 2021